## BOB WARD v. STATE.

No. A-557.   Opinion Filed May 9, 1911.

Appeal from Superior Court, Muskogee County; Farrar L. McLain, Judge.

PER CURIAM.   This is a companion case to No. 515, J. C. Collins, plaintiff in error, v, State of Oklahoma, defendant in error (ante), decided at the last term of this court. For the reasons given in that case, this cause is reversed and remanded, with directions to the court below to grant a new trial.

---

## J. W. NELSON v. STATE.

No. A-626.   Opinion Filed May 9, 1911.

Appeal from Okmulgee County Court, M. W. Alexander, Judge.

F. F. Lamb, for appellant.
Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.   On the 30th day of October, 1909, appellant was convicted in the county court of Okmulgee county for a violation of the prohibitory liquor law. His punishment was assessed at a fine of $400 and 120 days' imprisonment in the county jail. The transcript of the record was not filed in this court until the 28th day of February, 1910, which was 121 days after the judgment of conviction. Under our statute an appeal in a misdemeanor case must be perfected within 120 days from date of judgment, and no court has power to extend the time for perfecting an appeal after said 120 days has expired. As this time had expired before the transcript of the record was filed in this court, this court did not acquire jurisdiction of the case, and the appeal is therefore dismissd.